UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>       v.<br><br>GREGORY HELM,<br><br>                Defendant. | No. CR-09-111-FVS<br><br>ORDER RE APRIL 19, 2010, PRETRIAL CONFERENCE |
|---|---|

**THIS MATTER** having come before the Court on April 19, 2010, for a pretrial conference; Now, therefore

**IT IS HEREBY ORDERED**:

1. The defendant's motion to suppress (**Ct. Rec. 66**) is denied for the reasons given by the Court.

2. The defendant's motion for an extension of time (**Ct. Rec. 71**) is denied.

3. The defendant's motion to dismiss (**Ct. Rec. 72**) is denied; provided, he may renew the motion at the conclusion of the government's case in chief.

4. The defendant's motion to expedite (**Ct. Rec. 73**) is granted.

5. The government's motion to strike (**Ct. Rec. 75**) is denied.

6. The government's motion to expedite (**Ct. Rec. 77**) is granted.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this order and furnish copies to counsel.

**DATED** this ___20th___ day of April, 2010.

                              s/ Fred Van Sickle
                              Fred Van Sickle
              Senior United States District Judge

ORDER - 1